UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ St. Joseph ☐ Central ☐ Southern ☐ Southwestern | | **Jackson** County and elsewhere | ☒ Secret Indictment ☐ Juvenile |

**Defendant Information**
Defendant Name         (10) Aaron M. Groves
Alias Name
Birthdate              12/03/1984

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No  if yes, original case number _____
New Defendant  ☐ Yes  ☒ No
Prior Complaint Case Number, if any

**U.S. Attorney Information**
AUSA  Joseph Marquez

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody                Writ Required     ☐ Yes  ☒ No
☐ Currently on Bond                         Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute a controlled substance | 1 |
| 2 | 21:841A=CD.F/6801/4 | Possession with intent to distribute | 5 |
| 3 | 21:853.F/6911/4 | Criminal Forfeiture Allegation | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date  5/1/19                Signature of AUSA   /s/ Joseph Marquez