## MINUTE SHEET

**UNITED STATES OF AMERICA**       **Date:**    June 24, 2019

vs.                                 **Case No.:  19-00157-10-CR-W-DGK**

**AARON GROVES**

**AA**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Initial Appearance – Indictment**

**Time Commenced:   2:40 p.m.           Time Terminated:   2:42 p.m.**

### APPEARANCES

**Plaintiff:**   **William Meiners, AUSA**
**USPPTS:**   **Jamie Woods**

**Proceedings:** Parties appear as indicated above.   Defendant appears in person.

**Defendant advised of rights. Counsel will be appointed by the Court.**

**Since this is a Western Division case, Defendant will be transferred to appear before Magistrate Judge Lajuana M. Counts.**

**Detention Hearing and Arraignment set for June 27, 2019, at 9:30 a.m., U.S. District Courthouse, Courtroom 6E, Kansas City, MO.**

**Defendant in Custody.**

**Courtroom Deputy/ERO:   Jeanne Keller**