IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                        Case No. 19-00157-10-CR-W-DGK

AARON M. GROVES,

    Defendant.

ORDER APPOINTING
CRIMINAL JUSTICE ACT COUNSEL

The above-named defendant, having appeared before United States Magistrate Judge David R. Rush on June 24, 2019 in Springfield, Missouri; and defendant not having waived counsel, it is

ORDERED that Sarah Grace Hess, Sandage Law LLC, 1600 Genesee Street, Suite 655, Kansas City, MO 64102 816-753-0800 be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                              /s/ Lajuana M. Counts
                                              LAJUANA M. COUNTS
                                              UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
June 25, 2019