IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

ORDER OF TRANSFER

The cases listed on Attachment A to this order were referred to the Honorable Matt J. Whitworth. Due to the death of Judge Whitworth, these cases are hereby referred to the Honorable Sarah W. Hays. All referral duties and authorities set out in the original Order of Reference remain in effect.

/s/ Beth Phillips
Beth Phillips, Chief Judge
United States District Court

October 9, 2019
Kansas City, Missouri