IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-00157-01/12-CR-W-DGK |
| MICHAEL B. PEDRINO, et al., | |
| Defendants. | |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Mary Kate Butterfield, Special Assistant United States Attorney, and enters her appearance as co-counsel for the United States of America in the above-referenced case.

    Respectfully submitted,

    TIMOTHY A. GARRISON
    United States Attorney

By  */s/ Mary Kate Butterfield*

    Mary Kate Butterfield
    Special Assistant United States Attorney
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Room 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was delivered on October 28, 2019, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                */s/ Mary Kate Butterfield*
                                Mary Kate Butterfield
                                Special Assistant United States Attorney