IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 19-00157-02/12-CR-W-DGK |
| v. | ) |
| | ) |
| ALEJANDRO DIAZ-SANCHEZ, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case was recently transferred to the undersigned for pretrial case management. A review of the docket sheet reflects that on at least one occasion (See Doc. # 26) the discovery was referred to as voluminous. As of today's date, no budgets have been filed by CJA counsel nor has anyone moved to declare the case extended or complex. Accordingly, it is

ORDERED that any CJA counsel who believes their attorney fees will exceed the statutory cap should file a proposed budget with the Court through an <u>ex parte</u> filing on or before November 29, 2019. It is further

ORDERED that counsel submitting proposed budgets are directed to use Attorney Budgeting Forms CJA 28A and B[1].

    /s/ *Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

---

[1] This case was filed prior June 27, 2019, the date the Court's new budgeting policy became effective. However, the Court will follow the general principles outlined in that policy. As noted in the policy, Clark Devereux, the Eighth Circuit Budgeting Attorney, is available to provide assistance for anyone having questions about developing a case budget.